**CF ALLEN LAW PC**
Christopher F. Allen, Esq. (CBN: 321386)
civil@cfallenlaw.com
4355 Cobb Parkway, SE, STE J269
Atlanta, GA 30339
Tel: 213-291-9844

Attorneys for Plaintiff,
Lorena Alves

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Lorena Alves**,<br><br>          Plaintiff,<br><br>v.<br><br>**Equifax Information Services, LLC, Experian Information Solutions, Inc., and Trans Union, LLC,**<br><br>          Defendants. | **Case No.: 2:26-cv-00760-SRM-PVC**<br><br>*HON. SERENA R MURILLO*<br>*HON. MAG. PEDRO V CASTILLO*<br><br>**NOTICE OF SETTLEMENT TO DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC** |

///

///

///

///

///

///

///

///

NOTICE OF SETTLEMENT                                                                 1

**TO THE COURT:**

Plaintiff, through counsel, hereby submits this Notice of Settlement to notify the Court that this matter has been settled as to all of Plaintiff's claims against Defendant Experian Information Solutions, Inc in this action pursuant to Rule 41(a)(1)(A)(ii). The parties anticipate that the performance of the terms of the settlement agreement will be completed within thirty (30) days of the date of this notice, at which time, the parties shall file a Joint Stipulation of Dismissal. It is respectfully requested that the matter be stayed for thirty (30) days to allow the parties to finalize settlement details.

DATED: May 8, 2026

**CF ALLEN LAW, PC**
BY:*/s/ Christopher F. Allen*
Christopher F. Allen, Esq.

*Attorney for Plaintiff,*
Lorena Alves

NOTICE OF SETTLEMENT                                                                 2

## CERTIFICATE OF SERVICE

A copy of the foregoing Notice of Settlement for Defendant Experian Information Solutions, Inc pursuant to Fed. R. Civ. P. 41(A) has been filed on May 8, 2026, through the Court's electronic filing system. All parties may access the foregoing via Court electronic filing system.

DATED: May 8, 2026

BY:*/s/ Christopher F. Allen*
Christopher F. Allen, Esq.